Dallas District Office
Received on 6/7/2024

Exhibit 3

EEOC Form 5 (11/09)

| | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | **551-2024-05095** |

and EEOC

_State or local Agency, if any_

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Kris Briscoe | (785) 783-5556 | ███████ |

| Street Address |
|---|
| PO Box 2721<br>OLATHE, TX 66061 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Amazon.com, Inc. | | |

| Street Address |
|---|
| 410 Terry<br>SEATTLE, WA 98109 |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address |
|---|
| |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| Age, Color, Race, Retaliation, Sex | Earliest 12-4-2023        Latest: current |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On or about December 4, 2023, they also retaliated to impact me making income by contesting my unemployment, which is pure retaliation. They are not telling the truth about the reason for termination in order to try to personally ruin me.

During December 2023 through February 2024, they also retaliated against me and didn't send a shipping label for me to return their equipment (as listed in their policy), after multiple requests, in fact, they ignored most of my requests. I had to cover the cost to return their equipment, which I haven't received a reimbursement.

During January 2024 through June 1, 2024, I also experienced additional retaliation from Amazon. I believe they have blacklisted me with other employers in multiple states, which is causing other employers not to consider me for job opportunities. I generally can find a job in one or two weeks, but now prospective employers are showing biased behavior towards me, and instantly disqualifying me even though I'm qualified, but still interviewing others. I follow-up only to

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>_(signature)_<br><br>Date  6·7·24        *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

Dallas District Office
Received on 6/7/2024

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | **551-2024-05095** |

and EEOC

_State or local Agency, if any_

experience silent treatment.

The blacklisting is something I remember other terminated Black employees stating to me when I worked as an Amazon HR Advisor, now it is happening to me. They also are interfering with my income opportunities that were established prior to working for them, as it relates to amazon.com.

Finally, during the last week of May 2024, once again, I was denied unemployment that covers their date of release. This is pure retaliation. This is part of their conspiracy to try to personally ruin me as a result of my discrimination and retaliation complaints.

I believe that I have been discriminated against because of my race black and Native American, color, sex-female in violation of Title VII of the Civil Rights Act of 1964, as amended. I believe that I have been discriminated against because of my age- ▮ in violation of The Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – _When necessary for State and Local Agency Requirements_ |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Date 6.7.24            _Charging Party Signature_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (_month, day, year_) |