Exhibit 5

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br><br>FEPA | **551-2023-06323** |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name (*indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.*) | Home Phone | Year of Birth |
|---|---|---|
| Kris Briscoe | (785) 783-5556 | Redacted |

| Street Address |
|---|
| 15050 W 138th St Do not mail at this time<br><br>Olathe, KS 66062 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Amazon | 501+ Employees | (305) 400-7525 |

| Street Address |
|---|
| 410 Terry ave. N.<br><br>SEATTLE, WA 98109 |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest | Latest |
| Age, Color, Race, Retaliation, Sex | 01/01/2020 | 11/10/2023 |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I believe that I have been discriminated against because of my age-56, race-black (and Native American), color, sex-female.

In January 2020 and continuing to October 2023, I applied for a multitude of jobs with Respondent. My picture was attached to my resume for a lot of my applications. My internal profile included my picture. I was denied jobs as an external and internal applicant for jobs that I am qualified to perform. In or around March 2022, while employed as a Seasonal HR Advisor I, the trainers ignored me, and the environment was hostile against me. On or about March 29, 2022, I complained about inequitable treatment in training. Additionally, in or about May 2022 timeframe, Respondent offered a younger person (Jessica Holz) with no HR experience to an HR Professional regular full-time position, and I also applied for tons of HR professional roles. On or about May 11, 2022, I complained about the HR Professional Position being offered to a younger person with no experience. On or about October 1, 2022, I was hired (converted) into the role as an HR Advisor II. In May 2023, I was moved from my team while younger sex-male colleagues were not. My new supervisor, Sylvia Valdez, canceled a presentation that I was scheduled to give and allowed a race-white colleague to give the presentation. I made several complaints about the treatment, and there may be other dates. On or about November 15, 2022, I complained about retaliation and inequitable treatment. On or about 8/2/23 I filed another complaint regarding hostile environment. On or about

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>12/27/23<br>Date        *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br><br>FEPA | **551-2023-06323** |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

August 11, 2023, I complained about discrimination, retaliation, and a hostile environment. Subsequently, Silvia Valdez blocked me from overtime while she allowed my colleagues to work overtime. This created a pay equity issue. On or about October 3, 2023, I received a first disciplinary action, and it was a final written warning, and Gavin Hepburn was hostile towards me and referred to me as "emotional" during the meeting, which is a stereotype for my gender and race. During the meeting Hepburn stated "everyone" could work overtime, yet on November 10, 2023, he terminated me for overtime. On or about November 9, 2023, I complained of harassment from Hepburn. Subsequently, on or about November 10, 2023, I was terminated for overtime, which I dispute and believe it is retaliation. On or about December 4, 2023, they also retaliated and contested the unemployment. This is a brief summary based upon my recollection, and there may be other issues.

I believe that I have been discriminated against because of my race-black and Native American, color, sex-female in violation of Title VII of the Civil Rights Act of 1964, as amended. I believe that I have been discriminated against because of my age-██ in violation of The Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>12/27/23<br>_____<br>Date        *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

Page 2 of 3