Briscoe v. Amazon
Exhibit #6
Plaintiff's Exhibit
Case #

## Age Discrimination Evidence 1

### HR Speciality Role, Keri Upchurch Hiring Manager
Only position allowed to interview.

### SELECTED EMPLOYEES:

Abbas Muhiddin 30's

Angela Wagner 20's to 30's

Clarissa Gomez. 20's to 30's

Erin Johnson 20s to 30's

Freddy Bustamante. 30's

Jasmine Nero 30's

Jennifer Nichols. 30's

Jessica Yarborough 20s to 30's

Joslyn Burrel 20's to 30's

Lisa Magistro. 20's to 30's

Marcus Gates-Agee. 20s to 30's

Maribel Luciano 30's

Melody Duholke. 30's

Nakisha Williams 30's

Paloma Eddowes 20's to 30's

Shanleigh Stiner 20's

Tonia Johnston 30's

Yes a Duclos 20's to 30's

### HR Specialty Role, Cheri Gould, Hiring Manager

**SELECTED EMPLOYEES:**

A'Londa Hall 20's to 30's

Allie Stulting 20's to 30's

Angela Fazzini  20s to 30s

Anthony Robertson 20's to 30's

Banesa Flores 20's to 30's

Beverly Duru  20's to 30's

Cherie Brown 20's to 30's

Clarissa Valenzuela 20s to 30's

Cour Cardonna 20's to 30's

Courtney Lovegrove 20's to 30's

Denise Brock  20's to 30's

Derek Bishop 20's

Jennifer Dolmatoff 20's

Kari Broderick 20's

Sean Kuzyk 20's

Sundays Chandra 20's to 30's

Tatiana Benetton Verano 20's to 30's

Tyler Thomas 20's

Your honor, the Plaintiff declares that the evidence submitted below is official and authentic evidence that was created on Plaintiff's home computer on June 13, 2024.  The evidence was gathered while employed at Amazon on or about late Summer to Fall 2022. Under perjury and penalty, the Plaintiff submits this evidence.