# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Kris Briscoe, Pro Se<br>　　　　Plaintiff, | § § § § | |
| v. | § § | |
| Amazon.com Services, LLC<br>Defendant<br>Serve Registered Agent - Daniel Boatright<br>Kansas City, MO | § § § § § | Case No.:  2:24-cv-02257-EFM-TJJ<br>Case No.:  2:23-cv-02481-TC-TJJ |
| Gavin Hepburn, Regional Service Leader<br>Individually,  Amazon.com Services, LLC, ET AL<br>Resident of Washington | § § § § | |
| Kevin Warf, MHLS Team Leader<br>Individually, Amazon.com Services, LLC, ET AL<br>Resident of North Carolina | § § § § | **JURY TRIAL REQUESTED** |
| Silvia Valdez, MHLS Team Leader<br>Individually, Amazon.com Services, LLC, ET AL<br>Resident of Utah | § § § § | |
| Ryan Johnston, Investigator<br>Individually, Amazon.com Services, LLC, ET AL<br>Resident of Colorado | § § § § | |
| Theunis Kotze, Sr. Manager<br>Individually, Amazon.com Services, LLC, ET AL<br>Resident of Texas | § § § § | |
| Bethany Reyes, Head of ERC (MHLS)<br>Individually, Amazon.com Services, LLC, ET AL<br>Resident of Washington | § § § § § | |
| Genelle Rose, Team Lead<br>Individually, Amazon.com Services, LLC, ET AL<br>Resident of Louisiana | § § § | |

|                                              |   |
|----------------------------------------------|---|
|                                              | § |
| Jasmine Kammer, HR Business Partner          | § |
| Defendant                                    | § |
| Individually, Amazon.com Services, LLC, ET AL | § |
| Resident of North Carolina                   | § |
|                                              | § |
| THIRD PARTY                                  | § |
| Amazon.com, Inc.                             | § |
| Defendant, Washington                        | § |

## MOTION TO TRANSFER VENUE OR AN APPEAL
### BIAS OR PREJUDICE OF JUDGE

The Plaintiff respectfully requests to transfer venue for both cases to Western Missouri. The Plaintiff believes that Judge Melgren and Magistrate James are demonstrating bad faith and her case will not get a fair proceeding. There is a nexus of involvement with Missouri. This case is also diversity jurisdiction, with parties and witnesses from multiple states. Amazon also has business locations in Missouri. As an alternative, the Plaintiff would like to file an appeal. Memorandum to Support Transfer or Appeal is also submitted.

**28 U.S. Code § 1404 - Change of Venue.**

(a)For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.

(b)Upon motion, consent or stipulation of all parties, any action, suit or proceeding of a civil nature or any motion or hearing thereof, may be transferred, in the discretion of the court, from the division in which pending to any other division in the same district. Transfer of proceedings in rem brought by or on behalf of the United States may be transferred under this section without the consent of the United States where all other parties request transfer.

(c)A district court may order any civil action to be tried at any place within the division in which it is pending.

Original Case:

2:23-cv-02481-TC-TJJ - Paid $402 on 10/31/2023

Assigned to District Judge Toby Crouse and Magistrate Teresa J. James

Existing Case:

2:24-cv-02257-EFM-TJJ - Paid $405 on 6/14/24.

Assigned to Chief District Judge Eric F. Melgren and Magistrate Teresa J. James (who was previously removed from the first case).

An appeal request contingent upon transfer.  In case of remand, 28 U.S. Code § 144.

In closing Your Honor,

Thank you for your time spent resolving this matter.

In Prayer,

Kris Briscoe, Pro Se
kribrisc@gmail.com (confidential email)
*e-serve requested for all communications.*

By: /s/ Kris Briscoe
Kris Briscoe
Pro Se/Plaintiff