IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KRIS BRISCOE,

*Plaintiff*,

v.

AMAZON.COM SERVICES, LLC et. al,

*Defendant*.

Case No. 2:24-cv-02257-EFM-TJJ

**MEMORANDUM AND ORDER**

Before the Court is Plaintiff Kris Briscoe's Motion Dismiss Without Prejudice (Doc. 23).[1] Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss an action "before the opposing party serves either an answer or a motion for summary judgment." Here, none of the Defendants have answered or filed a motion for summary judgment. Therefore, the Court grants Plaintiff's Motion. Because the Court dismisses Plaintiff's entire case without prejudice, her other pending motions (Docs. 24, 30, and 31) are now moot, and therefore denied.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Dismiss Without Prejudice (Doc. 23) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's other pending motions (Docs. 24, 30, and 31) are **DENIED** as moot.

---

[1] Plaintiff filed her Motion, followed by a Memorandum in Support, a Supplemental Memorandum in Support, and an Amended Supplemental Memorandum in Support.

**IT IS SO ORDERED.**

Dated this 26th day of August, 2024.

This case is closed.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE
